GRABER, Circuit Judge,
dissenting:
I respectfully dissent.
Minor discrepancies in dates—the main reason for the BIA’s adverse credibility finding—are not an adequate reason to disbelieve a petitioner. Wang v. Ashcroft, 341 F.3d 1015, 1021-22 (9th Cir.2003). If Petitioner left Russia even a day or two before the month of May began, rather than on May 1, then the dates to which he testified fit together.
In addition, in my view it would be unreasonable to expect Petitioner to obtain corroboration of his political activities and membership in the RPPK. Indeed, the majority fails to suggest what kind of documentation would be reasonably available to him.
When those factors are removed from the equation, the adverse credibility finding is not supported by substantial evidence.